ACCEPTED
12-16-00235-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/30/2017 1:41 PM
Pam Estes
CLERK

# STEPHEN EVANS

## ATTORNEY AT LAW

P.O. BOX 754    1000 North Church

**PALESTINE, TEXAS 75802**

903-723-3334 Fax: 903-723-0124

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/30/2017 1:41:52 PM

PAM ESTES
Clerk

November 30, 2017


Clerk
Twelfth Court of Appeals
1517 West Front St   Suite 354
Tyler, Texas  75702


Re:    Anthony Reyes v. The State of Texas, Appeal No. 12-16-00235-CR


Dear Clerk:

In accordance with Rule 48.4, I certify that on November 30, 2017, I sent a copy of this Court's Opinion to Anthony Reyes at his last known address. That letter also advised Anthony Reyes of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

I am also enclosing a copy of this letter which I would like file-marked and returned to me. If you have any questions, please feel free to contact me.

Sincerely,

Stephen Evans


Enclosure:  Copy of Cert mail


Page 1 of 1

# STEPHEN EVANS
## ATTORNEY AT LAW
#### P.O. BOX 754    1000 North Church
### PALESTINE, TEXAS 75802
#### 903-723-3334 Fax: 903-723-0124

November 30, 2017

Anthony Reyes
Inmate No. 02083638
Bill Clements Unit  9601 Spur 591
Amarillo, Texas  79107

Re:             Anthony Reyes v. The State of Texas

Appeal Number:        12-16-00235-CR

Trial Number:         87CR15-32149

Dear Mr. Reyes

Today, I received the opinion from the Twelfth Court of Appeals.  I am also enclosing the judgment from that court.  The Court of Appeals ruled against you in that they found there was sufficient evidence to convict you, and that no reversable error was present.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas.  The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals.  The Court of Criminal Appeals has discretionary review authority in criminal cases.  Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68.  The date of the opinion was 11/8/2017, so a PDR would be due to be filed with the Court of Criminal Appeals 0no later than 12/8/2017.  The address to the Court of Criminal Appeals is 201 West 14th Street, Room 106, Austin, Texas 78701.  I do not feel that grounds exist justifying the filing of a PDR in your case, because no recognized basis exists, and while I disagree with the Court's ruling, they considered the evidence in a thorough manner in reaching their decision.  Should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner.

Feel free to contact me if you have any questions.

Sincerely,

Stephen Evans

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Reyes
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

9590 9402 2219 6193 3024 31

2. Article Number (Transfer from service label)

7016 0910 0001 9085 1794

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt